UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

JOHN PARKER,

    Plaintiff,    Case No. 5:06cv178

v.    Hon. Robert J. Jonker

CAROL HOWES,

    Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

  The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on November 2, 2009. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

  **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed November 2, 2009, is approved and adopted as the opinion of the court.

  **IT IS FURTHER ORDERED** that petitioner's habeas petition is **DENIED**.

  **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

            /s/ Robert J. Jonker
           ROBERT J. JONKER
          UNITED STATES DISTRICT JUDGE

DATED: December 2, 2009.